THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GIUSEPPI FLORINA and ALBERTO ANASTASIO, Appellants.

*Crimes — murder — evidence — contradictions and uncertainties in narratives of witnesses — new trial.*

(Argued November 30, 1921; decided December 6, 1921.)

APPEAL from a judgment of the Supreme Court rendered May 25, 1921, at a Trial Term for the county of

35

Kings, upon a verdict convicting the defendants of the crime of murder in the first degree.

*Robert H. Elder* for appellants.

*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

*Per Curiam.* In view of the contradictions and uncertainties in the narratives of the witnesses for the prosecution, we think the ends of justice will be promoted if another jury is given the opportunity to determine the defendants' guilt or innocence.

The judgment of conviction should be reversed, and a new trial ordered.

HISCOCK, Ch. J., HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ., concur; POUND, J., absent.

Judgment of conviction reversed, etc.